J. M. Roberts and G. E. Maddox, Appellants, vs. D. E. Godwin, Appellee.

Appeal from Circuit Court Alachua county.

No appearance for Appellants.

*Hampton & Ammons*, for Appellee.

The bill in this cause was filed by the appellants against the appellee. There was decree for the defendant, and the complainants appeal.

Appeal dismissed on motion of counsel for appellee, for failure to prosecute.